IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MALINDA S. SMIDGA, individually and on behalf of all others similarly situated, | : : : : | |
| Plaintiff, | : : | NO.: 2:22-cv-01578-MJH |
| v. | : : : | |
| SPIRIT AIRLINES, INC., | : : : | |
| Defendant. | : : | |
| FRANCES CURD, individually and on behalf of all others similarly situated, | : : : : : | |
| Plaintiff, | : : | NO.: 2:23-cv-00895-MJH |
| v. | : : : | |
| SPIRIT AIRLINES, INC., | : : : | |
| Defendant. | : : | |
| KAYLA MANDENG, individually and on behalf of all others similarly situated, | : : : : : | |
| Plaintiff, | : : | NO.: 2:23-cv-00784-MJH |
| v. | : : : | |
| SPIRIT AIRLINES, INC., | : : : | |
| Defendant. | : : | |

**<u>ORDER</u>**

AND NOW, this  5th  day of    July           , 2023, upon consideration of the parties' Joint Motion for Consolidation, it is ORDERED as follows:

1. *Smidga v. Spirit Airlines, Inc.*, 2:22-cv-01578-MJH is hereby consolidated with *Curd v. Spirit Airlines, Inc.*, 2:23-cv-00895-MJH and *Mandeng v. Spirit Airlines, Inc.*, 2:23-cv-00784-MJH, for all purposes excluding trial, with all further filings to be made under the first filed action, *Smidga v. Spirit Airlines, Inc.*, 2:22-cv-01578-MJH;

2. Plaintiffs shall file a Consolidated Amended Complaint within forty-five days of this Order;

3. Spirit shall have forty-five days from the filing of the Consolidated Amended Complaint to file any answer or Rule 12 motion(s); and

4. All pending motions to dismiss in these Actions are denied as moot in light of the forthcoming filing of the Consolidated Amended Complaint.

IT IS SO ORDERED.

**BY THE COURT**

_____ J.